**Order entered September 15, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00965-CV

## IN RE: BETTIE PRIESTER AND JOHN PRIESTER, JR., Relators

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04751-2014**

## ORDER
Before Chief Justice Wright, Justice Lang, and Justice Brown

Before the Court is relators' August 24, 2016 motion for rehearing and motion for rehearing en banc. The Court requests that Real Party in Interest and Respondent file their responses to the motion for rehearing and the petition for writ of mandamus, if any, on or before September 26, 2016. The Court further requests that the responses include any responsive arguments to the petition for writ of mandamus as well as their response to relators' contention that the trial court's August 11, 2016 order did not moot relators' petition.

/s/     ADA BROWN
          JUSTICE